MARLATT, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1914.) Action by Jonathan R. Marlatt against the Erie Railroad Company.

PER CURIAM. No opinion. Judgment and order affirmed, with costs. See, also, 154 App. Div. 388, 139 N. Y. Supp. 771.

LAMBERT, J., dissents.

MARMORINO, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Maria Marmorino against the Interborough Rapid Transit Company. L. E. Quigg, of New York City, for appellant. R. Maggio, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulate to reduce verdict to the sum of $7,500, in which event the judgment, as so reduced, and the order appealed from are affirmed, without costs. Settle order on notice.

INGRAHAM, P. J., and McLAUGHLIN, J., dissent, and vote for reversal, as against the weight of evidence.

MARTIN, Respondent, v. CAMP, Appellant, et al. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by James G. Martin against Hugh N. Camp, Jr., as executor, etc., impleaded with others. No opinion. Motion for reargument denied, with $10 costs. For former opinion, see 146 N. Y. Supp. 1041.

MARTIN, Respondent, v. McKINNEY, Appellant. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Henry H. Martin against John J. McKinney. No opinion. Judgment and order unanimously affirmed, with costs.

MARTIN v. OBERLE et al. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by John T. Martin against Jacob F. Oberle and others. No opinion. Application denied, with $10 costs. Order signed. See, also, 85 Misc. Rep. 35, 147 N. Y. Supp. 60.

MASTEN, Respondent, v. BONSAL, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Irving Masten against J. Pembroke Bonsal, impleaded with others. S. P. Anderton, of New York City, for appellant. W. Frank, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 147 N. Y. Supp. 1126.

MASTEN, Respondent, v. BONSAL, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Sidney Masten, an infant, etc., against J. Pembroke Bonsal, impleaded with others. S. P. Anderton, of New York City, for appellant. W. Frank, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 147 N. Y. Supp. 1126.

MASTEN v. BONSAL et al. (two cases). (Supreme Court, Appellate Division, First Department. May 8, 1914.) Actions by Sidney Masten, an infant, etc., and by Irving Masten against J. Pembroke Bonsal, impleaded, etc. No opinion. Motions denied, with $10 costs. Orders filed. See, also, 147 N. Y. Supp. 1126.

MATHESON v. MENTE et al. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Malcolm Ross Matheson, as substituted trustee, etc., against Ottilie Mente and others. No opinion. Motion to dismiss appeal from the order of the Special Term (Mr. Justice Scudder) denied, without prejudice to an application to renew at the May term of the court. Motion to dismiss appeal from the order of the Special Term (Mr. Justice Kelly) denied. See, also, 146 N. Y. Supp. 1100; 147 N. Y. Supp. 1126.

MATHESON v. MENTE et al. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Malcolm Ross Matheson, as substituted trustee, etc., of Richard J. Stainton, deceased, against Ottilie E. Mente and others.

PER CURIAM. Inasmuch as George J. Stainton, the younger, was not a party to this action, the judgment as entered at Special Term would be no legal bar against him or those claiming under him, and plaintiff would not be protected thereby by acquiescence in the same. The judgment should be modified, by providing for a foreclosure and sale for the full amount due thereon, with interest and costs, and, as so modified, affirmed, without costs. See, also, 147 N. Y. Supp. 1126.

MATHEWSON, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 11, 1914.) Action by James E. Mathewson against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see 145 N. Y. Supp. 1132.

MAXWELL, Respondent, v. HOGE, Appellant, et al. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Georgina G. Maxwell v. Susan C. Hoge and others. No opinion. Orders affirmed, with $10 costs and disbursements to respondent on each appeal.

MAXWELL, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 6, 1914.) Action by Carrie J. Maxwell, as administratrix, etc., of Earl Maxwell, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Order affirmed, with costs. For opinion below, see 82 Misc. Rep. 162, 143 N. Y. Supp. 771.